AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (last name, first, middle initial)<br><br>Haik, Richard T. | 2. Court or Organization<br><br>Wester District of Louisiana | 3. Date of Report<br><br>06/18/2010 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>800 Lafayette Street<br>Suite 4200<br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Colonel J. George & S. Saloom Hannie Community Home, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Haik, Richard T.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State Bar Association | 6/10/09 | Sandestin, FL | Seminar Speaker | Travel, lodging, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 06/18/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | St. Landry Bank and Trust Company | Bank loan to purchase investment in BPLVisions, LLC formerly The McGeHee Group, LLC | M |
| 2. | USAA Federal Savings Bank | Bank loan to purchase residential rental property for | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 06/18/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Iberia Bank Accounts | A | Interest | K | T | | | | | |
| 2. Farmers Merchants Bank & Trust Account | A | Interest | J | T | | | | | |
| 3. Gulf Coast Bank CDs Account | A | Interest | L | T | | | | | |
| 4. Capital One Bank, NA CDs Account | C | Interest | M | T | | | | | |
| 5. Regions Bank CDs Account | A | Interest | M | T | | | | | |
| 6. Home Bank CDs Account | B | Interest | K | T | | | | | |
| 7. Farmers Merchants Bank & Trust CDs Account | A | Interest | J | T | | | | | |
| 8. Capital One Bank, NA Accounts | C | Interest | K | T | | | | | |
| 9. Midsouth Bank, NA Accounts | C | Interest | L | T | | | | | |
| 10. Regions Bank Accounts | B | Interest | K | T | | | | | |
| 11. Brokerage Account #1 | | | | | | | | | |
| 12. -- Diamond Offshore Drilling, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 13. --Iberiabank Corp Common Stock | A | Dividend | J | T | | | | | |
| 14. --Rowan Cos Inc. Common Stock | | None | J | T | | | | | |
| 15. --Edward Jones Money Market Account | A | Dividend | K | T | | | | | |
| 16. Brokerage Account #2 | | | | | | | | | |
| 17. --San Juan Basin Royalty Trust | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Haik, Richard T. | 06/18/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Xerox Capital Trust Capital Securities | A | Interest | J | T | | | | | |
| 19. --Camden County, NJ Pollution Control Bonds | A | Interest | J | T | | | | | |
| 20. --Capital Projects Fin Auth FL Bonds | A | Interest | J | T | | | | | |
| 21. --Charlton County, GA Solid Waste Revenue Bonds | A | Interest | J | T | | | | | |
| 22. --DWS Managed Municipal Bond Fund | A | Int./Div. | J | T | | | | | |
| 23. --Highlands County, FL Ind Dev Auth Bonds | A | Interest | | | Redeemed | 09/21/09 | J | A | |
| 24. --Hudson County, NJ Solid Waste Revenue Bonds | A | Interest | J | T | | | | | |
| 25. --Ohio State Solid Waste Disposal Revenue Bonds | A | Interest | J | T | | | | | |
| 26. --Port of New Orleans, LA Board of Commissioners | A | Interest | J | T | | | | | |
| 27. --Putnam Tax Exempt Income | A | Int./Div. | J | T | | | | | |
| 28. --St. Paul, MN Port Authority Industrial Revenue Bonds | A | Interest | J | T | | | | | |
| 29. --Seligman Louisiana Municipal Fund | A | Int./Div. | | | Merged (with line 77) | 7/10/09 | J | A | |
| 30. --Allegheny County, PA Hospital Bonds | A | Interest | J | T | | | | | |
| 31. --Angola, IND Healthcare Facs Revenue Bonds | A | Interest | J | T | | | | | |
| 32. --Ben Hill County, GA Revenue Bonds | B | Interest | K | T | | | | | |
| 33. --Bibb County, GA Development Authority Bonds | C | Interest | K | T | | | | | |
| 34. --Cambria County, PA Revenue Bonds | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
(See Column C2) U =Book Value V =Other W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --Central Arizona Irrigation & Drainage District Bonds | A | Interest | J | T | Partial Redm | 06/01/09 | J | A | |
| 36. --Connecticut Development Authority Bonds | B | Interest | K | T | | | | | |
| 37. --Crawford County, GA Development Authority Bonds | B | Interest | J | T | | | | | |
| 38. --Denham Springs-Livingston Housing Bonds | A | Interest | J | T | | | | | |
| 39. --East Carrol Parish, LA Law Enforcement Bonds | A | Interest | J | T | | | | | |
| 40. --Escambia County, FL Health Facs Bonds | A | Interest | J | T | | | | | |
| 41. --Hammond-Tangipahoa Home Mortgage Bonds | A | Interest | J | T | | | | | |
| 42. --Hancock County, TN Health Ed Bonds | A | Interest | J | T | | | | | |
| 43. --Illinois Health Facs Auth Revenue Bonds | A | Interest | | | Redeemed | 07/01/09 | J | A | |
| 44. --Lafayette, LA Public Trust Fin Auth Bonds | A | Interest | J | T | | | | | |
| 45. --Langhorne Manor Boro, PA Higher Education Bonds | A | Interest | J | T | | | | | |
| 46. --Louisiana State University Bonds | A | Interest | J | T | | | | | |
| 47. --Montgomery-Southside, AL Revenue Bonds | B | Interest | K | T | | | | | |
| 48. --New Jersey Health Care Facilities Bonds | B | Interest | K | T | | | | | |
| 49. --Peach County, GA Development Authority Revenue Bonds | B | Interest | | | Redeemed | 09/15/09 | K | A | |
| 50. --St. Paul, MN Port Authority Bonds | A | Interest | J | T | | | | | |
| 51. --St. Paul, MN Port Auth Hsg & Red | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 06/18/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --St. Tammany Parish, LA Hospital Bonds | A | Interest | J | T | | | | | |
| 53. --Savannah, GA Economic Development Authority Bonds | A | Interest | J | T | | | | | |
| 54. --Shreveport, LA Water & Sewer Revenue Bonds | A | Interest | J | T | | | | | |
| 55. --Sumner, IL Healthcare Facilities Revenue Bonds | A | Interest | J | T | | | | | |
| 56. --Gila Cnty, AZ IDA Revenue Bonds | C | Interest | | | Redeemed | 12/14/09 | J | C | |
| 57. --Tillman County, OK Revenue Bonds | B | Interest | J | T | | | | | |
| 58. --West Feliciana Parish, LA Bonds | A | Interest | | | Redeemed | 03/17/09 | J | A | |
| 59. --West Frankfort, IL Healthcare Bonds | A | Interest | | | Redeemed | 04/01/09 | J | A | |
| 60. --Summers County, WV Solid Waste Disposal Bonds | | None | | | Redeemed | 02/26/09 | J | A | |
| 61. --Verizon Communications Common Stock | A | Dividend | J | T | | | | | |
| 62. --Tjiwi Kimia Intl Finance Co Senior Notes | | None | J | T | | | | | |
| 63. --Tricom SA Guaranteed Note | | None | J | T | | | | | |
| 64. --Cablevision SA Notes | A | Interest | J | T | Redeemed (part) | 10/01/09 | J | A | |
| 65. --Williams Communications Group | | None | J | T | | | | | |
| 66. --Money Market Fund Investment Shares | A | Dividend | M | T | | | | | |
| 67. --Hartford Income Shares Fund, Inc Mutual Fund | A | Dividend | J | T | | | | | |
| 68. --MFS Multimarket Income Trust Mutual Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 06/18/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --San Juan Basin Royalty Trust Units | A | Royalty | J | T | | | | | |
| 70. --At Home Corp Subordinated Notes | | None | J | T | | | | | |
| 71. --Capital Income Builder Fund A | A | Dividend | K | T | | | | | |
| 72. --Rapides Fin Auth LA Revenue Cleco | B | Interest | K | T | | | | | |
| 73. --Regions Financial Corp | A | Dividend | J | T | | | | | |
| 74. --Global Inds Ltd Stock | | None | | | Sold | 09/11/09 | K | D | |
| 75. --Apple Bank For Savings CD | A | Interest | | | Redeemed | 01/08/09 | K | A | |
| 76. --LA State Gas & Fuels Tax Ser A Revenue (X) | A | Interest | J | T | | | | | |
| 77. Seligman National Municipal Fund | A | Int./Div. | J | T | | | | | See Note in Part VIII. |
| 78. Individual Retirement Account #1 | D | Dividend | M | T | | | | | |
| 79. --American Balanced Fund | | | | | | | | | |
| 80. --American Mutual Fund | | | | | | | | | |
| 81. --Bond Fund of America | | | | | | | | | |
| 82. --Capital World Growth & Income Fund | | | | | | | | | |
| 83. --Europacific Growth Fund | | | | | | | | | |
| 84. --Growth Fund of America | | | | | | | | | |
| 85. --Income Fund of America | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 06/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --New Perspective Fund | | | | | | | | | |
| 87. --Washington Mutual Investors Fund | | | | | | | | | |
| 88. Royalty Interest - Lafayette Parish, LA (Y) | | None | | | | | | | See Note in Part VIII. |
| 89. Rental Property #2, Lafayette, LA (Y) | | None | | | | | | | See Note in Part VIII |
| 90. Colonel J. George & S. Saloom Hannie | C | Distribution | M | W | | | | | |
| 91. BPL Visions, LLC formerly The McGehee Group, LLC | | None | M | W | | | | | |
| 92. Home Bancorp, Inc. Stock | | None | J | T | | | | | |
| 93. Ultra Pure Technologies, Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U = Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 06/18/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item#77 - The item resulted from the merger detailed by item #29.

Item#88 - The item giving rise to this royalty interest was sold on 04/04/08.

Item#89 - This property was purchased in my [ ] name in May of 2005. I no longer collect rental income on this property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544